IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 22-CR-2053-MLG |
| ) | |
| JOHN LOPEZ, ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT'S WITNESS LIST</u>**

Defendant John Lopez, by and through counsel of record, submits his list of anticipated witnesses he may call at trial in this matter:

1. Sam Archuleta
2. Elsie Archuleta
3. Rudy Archuleta
4. John Patton
5. Kristy Patton
6. Gary Watkins
7. Naomi Watkins
8. Paul Robinson
9. Hazelee Robinson
10. Ron Sorrow
11. Rick Carling
12. Lorraine Carling
13. Jay Derek Bailey
14. Manuel Bustos

15. Elias Corriz

16. Eva DeGuerro

17. Felix Lopez

18. Frank Lopez

19. Hazel Clark

20. Fred Avina

21. Kevin Sorrow

22. Sean Coe

23. Alaniz Archuleta

24. Anthony Ortiz

25. Amy Ortiz

26. Mary Sandoval

    Additionally, Mr. Lopez reserves the right to call any witness identified by the government and any witness necessary for rebuttal.

Respectfully submitted,

 /s/ Joel R. Meyers
Joel R. Meyers
Law Office of Joel R. Meyers
1000 Cordova Place, # 930
Santa Fe, New Mexico 87505
Phone: (505) 847-7757
Facsimile: (505) 847-5929
jrm@jrmeyerslaw.com

/s/Ahmad Assed
Ahmad Assed
Britany J. Schaffer
Ahmad Assed & Associates
818 5th Street NW
Albuquerque, NM 87102

3

/s/ *Shaheen P. Torgoley*
Shaheen P. Torgoley
Ryan Rapp Pacheco Sorenson
3200 N. Central Ave., Suite 2250
Phoenix, Arizona 85012
Phone: (602) 280-1000
Facsimile: (602) 265-1495
STorgoley@rrpklaw.com

*Attorneys for John Lopez*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August 2024, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Fred Federici
Frederick Mendenhall
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

                                                    /s/ *Joel R. Meyers*