IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 22-cr-2053 MLG |
| ) | |
| **JOHN LOPEZ,** ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' WITNESS LIST

The United States respectfully notifies the Court and counsel of its Witness List for trial of this matter. It does not waive its right to supplement this list.

1. James Gonzales
2. Mark Chavez
3. Joseph Medina
4. Phil Apodaca
5. Alan Yaeger
6. James Frankfort
7. William McCoy
8. Robert Archuleta
9. Leonard LeRouge
10. Christopher Balliett
11. Bernie Gallegos
12. Roger Corrales
13. Anthony Ortiz

14. Molly Field

15. Rachel Field

16. Tony Duran

17. Eileen Duran

18. Johnny Rivera

19. Felix Lopez

20. Martin Martinez

21. Freddie Sanchez

22. Ronjay Sorrow

23. Judy Sorrow

24. Jay Derek Bailey

25. Jose Velarde

26. Cecilia Velarde

27. Yolanda Avina

28. Jesse Vargas (SW photographer)

29. Timothy Hornbeck (SW photographer)

30. Dawn Martin (SW photographer)

31. Mitch Varley

32. Rebecca New

33. Grant Nixon

34. Rob Balint

35. Alexander Scoufis

36. Ryan Maycock

37. Natalia Almeida

38. Donald Lash

39. Robert Smith

40. Michael Fritschie

41. Bank Custodian (if needed) – OneAz, Coconino, Chase, Wells Fargo, Charles Schwab

42. Jason Rzepniewski

43. Frank Lopez

44. Felix Lopez

45. Bridgewater Associates witness

46. Felix Martinez

47. Lillie Martinez

48. Jessica Madrid

49. David Tackett

50. David Bianco

51. Valerie Koller

52. Dwayne Herrera – Zia Credit Union President/CEO

Respectfully submitted this 26th day of August, 2024.

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Filed Electronically*
Frederick T. Mendenhall
Fred Federici
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on August 26, 2024, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Frederick T. Mendenhall
Assistant U.S. Attorney