IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 22-cr-2053 MLG |
| | ) | |
| **JOHN LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

# UNITED STATES' FIRST AMENDED[1] EXHIBIT LIST

The United States respectfully notifies the Court and counsel of its Exhibit List for trial of this matter. It does not waive its right to supplement this list.

| Presiding Judge: Matthew Garcia U.S. District Judge | Plaintiff's Counsel: Frederick T. Mendenhall and Fred Federici | Defendant's Counsel: Joel Meyers, Ahmad Assed, Shah Torgoley, & Britany Schaffer |
|---|---|---|
| **Trial Date:** September 16, 2024 | **Court Reporter:** | **Courtroom Deputy/Law Clerk:** Evone Romero |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | | | | | PMMCO product summary<br>Bates 34019-20 |
| 2 | | | | | | John Lopez business card<br>Bates 34017 |
| 3 | | | | | | Union Presentation Recording<br>Bates 74442<br>Entire recording |
| 4 | | | | | | Union Powerpoint presentation<br>Bates 34005-34016 |
| 5 | | | | | | James Gonzales PMMCO Contract<br>Bates 8725 - 36 |
| 6 | | | | | | James Gonzales PMMCO statement<br>5.31.2022 & October 31, 2021<br>Bates 50964, 78498 |
| 7 | | | | | | Alan Yaeger PMMCO Contract<br>45047-45051 |

---

[1] Changes to this exhibit list from the Doc. 103 are listed below at *.

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 8 | | | | | | John Lopez email to Yaeger Check received<br>45073-075 |
| 9 | | | | | | Lopez to Yaeger Email 1.8.2019 account statement<br>45093-95 |
| 10 | | | | | | Alan Yaeger PMMCO statements<br>Bates 45095, 45127, 44767, 44799, 44823, 44851, 44871, 44897, 44931, 44951, 44977, 45001, 45037, 78491 |
| 11 | | | | | | Email from John Lopez Investment Summary Performance Nov. 2018<br>Bates 45083-85 |
| 12 | | | | | | Investment Summary Performance Compilation (Alan Yaeger)<br>Bates 45085, 45091, 45105, 45119, 45123, 45137, 45145, 45151, 44773, 44779, 44793, 44813, 44819, 44829, 44839, 44847, 44859, 44867, 44879, 44905, 44909, 44921, 44925, 44935, 44941, 44947, 44955, 44967, 44973, 44981, 44989, 44987, 45009, 45013 |
| 13 | | | | | | Email from John Lopez; subject: Early Warning Alert! 05.27.2019<br>Bates 45139-45140 |
| 14 | | | | | | John Lopez to Phil Apodaca 2.19.2020 introductory email<br>Bates 44663-44666 |
| 15 | | | | | | Phil Apodaca PMMCO Contract<br>Bates 07629-38 |
| 16 | | | | | | John Lopez to Phil Apodaca email 5.16.20 statement<br>Bates 50745 |
| 17 | | | | | | Phil Apodaca PMMCO statements April 30, 2020 – June 30, 2022 |
| 18 | | | | | | Bill McCoy recording with John Lopez initial call<br>Bates 74443 |
| 19 | | | | | | Bill McCoy video recording meeting with john lopez<br>Bates 74452-62 (combined) |
| 20 | | | | | | Bill McCoy 9.3.2021 call recording with John Lopez<br>Bates 74463 |
| 21 | | | | | | Bill McCoy follow up call recording with john lopez<br>Bates 74465 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 22 | | | | | | Bill McCoy PMMCO contract<br>Bates 50045-50051 |
| 23 | | | | | | Bill McCoy emails with Account statements<br>Bates 46667-68, 46644-45 |
| 24 | | | | | | Bill McCoy recording with john about statements<br>Bates 75544 |
| 25 | | | | | | Bill McCoy October recording<br>Bates 74467 |
| 26 | | | | | | reserved |
| 27 | | | | | | Robert Archuleta PMMCO contract<br>Bates 07835 |
| 28 | | | | | | Robert Archuleta PMMCO statement 5.31.2022<br>Bates 51043 |
| 29 | | | | | | Robert Archuleta Wells Fargo Advisors statements and IRA transfer<br>45551-45574 |
| 30 | | | | | | Joseph Medina PMMCO Contract<br>Bates 29843-49 |
| 31 | | | | | | Joseph Medina PMMCO statements<br>Bates 50969 |
| 32 | | | | | | reserved |
| 33 | | | | | | Mark Chavez email from Lopez Investment Products 34266-34268 |
| 34 | | | | | | Mark Chavez PMMCO contract 30534-36 |
| 35 | | | | | | Mark Chavez PMMCO statements<br>Bates 34263-65, 34258-60, 34281-87 |
| 36 | | | | | | Text from John Lopez to Mark Chavez 2.15.2022<br>Bates 34293 |
| 37 | | | | | | Leonard LeRouge PMMCO contract<br>Bates 52257-61 |
| 38 | | | | | | Leonard LeRouge PMMCO Statement October 31, 2021<br>Bates 34414 |
| 39 | | | | | | Bernie Gallegos Union Presentation<br>Bates 56127-38 |
| 40 | | | | | | Bernie Gallegos Check, receipt, and invoice<br>Bates 56139-41 |
| 41 | | | | | | reserved |
| 42 | | | | | | Roger Corrales PMMCO contract<br>Bates 8290-94, 8296-98 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 43 | | | | | | Roger Corrales email from Lopez monthly benefit confirmation<br>Bates 61736-37 |
| 44 | | | | | | Roger Corrales PMMCO statement 09.20.21<br>Bates 61749 |
| 45 | | | | | | Anthony Ortiz PMMCO contract<br>Bates 51672 – 51724 (odd #s omitted) |
| 46 | | | | | | Anthony Ortiz PMMCO statements 03.31.22<br>Bates 50887, 50889-90 |
| 47 | | | | | | Tony Duran PMMCO contract<br>Bates 8518-26 |
| 48 | | | | | | Tony Duran PMMCO statements<br>Bates 61527-81 |
| 49 | | | | | | Martin Martinez PMMCO contract<br>Bates 52329-41 (odd #s omitted) |
| 50 | | | | | | Felix Lopez Intro letter and PMMCO contract<br>Bates 50325-30 |
| 51 | | | | | | Felix Lopez PMMCO statement 05.31.0222<br>Bates 50334 |
| 52 | | | | | | Felix Lopez envelope<br>Bates 10836-37 |
| 53 | | | | | | Freddie Sanchez PMMCO contract<br>Bates 77125-29 |
| 54 | | | | | | Freddie Sanchez Check<br>Bates 77122 |
| 55 | | | | | | reserved |
| 56 | | | | | | Frankfort Email to PMMCO 5.5.2015 re: wells fargo discrepancy<br>Bates 48729 |
| 57 | | | | | | Lopez to Frankfort email 12.8.2015<br>Bates 48717 |
| 58 | | | | | | Lopez to Frankfort email 1.4.2016<br>Bates 48712-13 |
| 59 | | | | | | Lopez to Frankfort email 1.7.2016 follow-up re:PMMCO<br>Bates 48714 |
| 60 | | | | | | Lopez to Frankfort chain 1.4.2016 & 1.7.2016<br>Bates 48711 |
| 61 | | | | | | Lopez to Frankfort 1.10.2016<br>Bates 48702 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 62 | | | | | | Lopez to Frankfort 1.7.2016 – 1.10.2016 chain<br>Bates 48701 |
| 63 | | | | | | Lopez to Frankfort 1.11.2016 email chain<br>Bates 48695-96 |
| 64 | | | | | | Lopez & Frankfort email chain 1.10.2016 & 1.11.2016<br>Bates 48690-91 |
| 65 | | | | | | Frankfort 2014-2015 portfolio compared<br>Bates 48762-69 |
| 66 | | | | | | Frankfort 2014-2015 portfolio compared<br>Bates 48762-69 |
| 67 | | | | | | Lopez email to Frankfort 3.8.2016<br>Bates 48654 |
| 68 | | | | | | Frankfort PMMCO contract<br>Bates 48743-74 |
| 69 | | | | | | Frankfort 4.2016 PMMCO statement<br>Bates 48885 |
| 70 | | | | | | Frankfort 2nd quarter Company holdings document<br>Bates 49054-55 |
| 71 | | | | | | Frankfort 6.2016 PMMCO quarterly statement with holdings<br>Bates 49056-59 |
| 72 | | | | | | Lopez to Frankfort 11.21.2016 email<br>Bates 48532 |
| 73 | | | | | | Lopez to Frankfort email chain 8.3.2017-8.4.2017<br>Bates 48465 |
| 74 | | | | | | Lopez email to Frankfort email 2.5.2018 projections<br>Bates 48446 |
| 75 | | | | | | Frankfort December 2022 PMMCO statement |
| 76 | | | | | | Lopez email to Frankfort 8.2.2021<br>Bates 48321 |
| 77 | | | | | | Lopez email to Frankfort 8.2.2021<br>Bates 48303-04 |
| 78 | | | | | | Lopez email to Frankfort 9.1.2021<br>Bates 48287 |
| 79 | | | | | | Frankfort 565K check<br>Bates 08591 |
| 80 | | | | | | Frankfort PMMCO statement 09.2021<br>Bates 49049-53 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 81 | | | | | | Frankfort June 2022 statement<br>Bates 50297 |
| 82 | | | | | | Balliett PMMCO contract<br>Bates 7927-33 |
| 83-89 | | | | | | Reserved |
| 89 | | | | | | Lopez email to Rachel Field 2.10.2014<br>Bates 34357 |
| 90 | | | | | | reserved |
| 91 | | | | | | Rachel Field 03.2014 PMMCO statement<br>Bates 34325 |
| 92 | | | | | | Rachel Field 06.2014 PMMCO statement<br>Bates 34362 |
| 93-100 | | | | | | Reserved |
| 101 | | | | | | Lopez Year end message email 12.27.2018<br>Bates 34386 |
| 102 | | | | | | Lopez email to Molly Field 12.4.2019<br>Bates 34387 |
| 103-04 | | | | | | reserved |
| 104 | | | | | | Bailey PMMCO contract<br>Bates 74926-31 |
| 105 | | | | | | Lopez email chain with Derek Bailey 1.25.2022 – 1.26.2022<br>Bates 63136 |
| 106 | | | | | | Lopez email chain with derek bailey 3.29.2022<br>Bates 63140 |
| 107 | | | | | | Bailey PMMCO statement 04.2022<br>Bates 63149, 63232 |
| 108 | | | | | | Bailey PMMCO statement 05.2022<br>Bates 63159, 63233 |
| 109 | | | | | | Bailey check<br>Bates 74925 |
| 110-111 | | | | | | Reserved |
| 112 | | | | | | Lopez 03.17.2022 email commentary<br>Bates 50464-65 |
| 113 | | | | | | Reserved Jose Velarde Envelope |
| 114 | | | | | | John Lopez email to jose Velarde 1.25.2021 pmmco statement<br>Bates 50410-12 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 115 | | | | | | Handwritten notes PMMCO statement generation<br>Bates 56377-78 |
| 115A | | | | | | Notes PMMCO statement generation<br>Bates 5144 |
| 115B | | | | | | PMMCO sample statement<br>Bates 5576 |
| 116 | | | | | | Handwritten Notes re: David Tackett<br>Bates 5967, 5999, 6010, 6033, 6036, 6046, 6077 |
| 117 | | | | | | Handwritten notes re: Discount Gold & Silver<br>Bates 5950, 5959, 5966, 5968, 5971-72, 5982-83, 5994, 5998, 6007, 6010, 6030, 6078 |
| 118 | | | | | | Safe invoice<br>Bates 5939 |
| 119 | | | | | | Discount gold and silver invoices<br>Business cert Bates 74115<br>Bates 6923, 6926, 6930-31, 6937-38, 6943, 6947-51, 6957-67, 6978-80, 7019, 7047, 7052, 42799 – 42808, 42810 – 42853, 42855 – 42857 |
| 120 | | | | | | AB&C invoices<br>Bates 6714-45, 4973, 53090 – 53114, 53116 -40, 53332 – 53421, 62040 - 43 |
| 121 | | | | | | Route 66 invoices and checks<br>Bates 42560 – 84, 51317 – 21, 51324 – 29, 51333-34, 51336-42, 51375, 53377 – 423, 53438-39, 61854-57, 61865, 61868-69, 61871-73, 61886, 61901-05, 62888-93, 63557, 63559-566, 63568 |
| 122 | | | | | | Summary chart precious metal invoice tracing |
| 123-125 | | | | | | Reserved |
| 126 | | | | | | OneAZ credit union combined x9999<br>Bates 43717-20, 43761-72, 56736-773, 56773-56776, 56779-82 |
| 126A | | | | | | One AZ custodian affidavit<br>Bates 56689, 79685 |
| 127 | | | | | | Wells Fargo x5813/x8961 statements combined Dec 2013-Aug 2022<br>Bates 35075-105, 35570-892, 39392-511, 36531-34, 41658-665, 41593-601, 43852-59, 44169-180, 56940-90 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| | | | | | | Wells Fargo Custodian Affidavits Bates 34775-76, 39378-79, 41591, 41613-14, 43822-23, 44087-88, 44283, 44290, 44279, 56788-89, 61487, 62003 |
| 128 | | | | | | reserved |
| 129 | | | | | | Chase statements x0107/5395 combined Bates 44321-77, 50067-118 56465-56550, 61916-62001, 74230-74280 |
| 129A | | | | | | Chase Custodian Affidavit Bates 40895, 44319, 50068, 56435, 56557, 61907-08 62896, 62905, 74228 |
| 130 | | | | | | Coconino federal credit union statements combined x0698 Bates 50286, 50186, 50202, 51233-54 |
| 130A | | | | | | Coconino custodian affidavits Bates 50291-92, 51232 |
| 131 | | | | | | Charles Schwab x0451 statements combined 39650-40183 41575-84 57636-45 57656-63 57601-08 57664-71 57622-29 |
| 131A | | | | | | Schwab changes to account Bates 39644-49 |
| 131B | | | | | | Schwab Business Declaration Bates 39645, 41556, 57649 |
| 132 | | | | | | Summary Chart – William McCoy tracing |
| 133 | | | | | | Summary Chart – Wells Fargo 5813/8961 tracing 12.13.2013 – 11.08.2021 |
| 134 | | | | | | Summary Chart – Wells Fargo 5813/8961 pie charts 12.13.2013-11.08.2021 additions |
| 135 | | | | | | Summary Chart – Wells Fargo 5813/8961 pie chart subtractions |
| 136 | | | | | | Summary Chart – Wells Fargo 5813/8961 pie chart trading accounts vs. other |
| 137 | | | | | | Summary Chart – various banks 11.09.2021-12.21.2022 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 138 | | | | | | Summary Chart – various banks 11.09.2021-12.21.2022 additions and subtractions |
| 139 | | | | | | Summary Chart – funds paid to investors by year 12.13.2013 – 11.08.2021 |
| 140 | | | | | | Summary Chart James Gonzales tracing |
| 141 | | | | | | Summary Chart Mark Chavez tracing |
| 142 | | | | | | Summary Chart Joseph Medina tracing |
| 143 | | | | | | Summary Chart Phil Apodaca tracing |
| 144 | | | | | | Summary Chart James Frankfort tracing |
| 145 | | | | | | Summary Chart Robert Archuleta tracing |
| 146 | | | | | | Summary Chart Keith Lash tracing |
| 147 | | | | | | Summary Chart Molly Field Tracing |
| 148 | | | | | | Summary Chart Ron Jay and Judy Sorrow tracing |
| 149 | | | | | | Summary Chart Rachel Field tracing |
| 150 | | | | | | Summary Chart Tony Duran Tracing |
| 151 | | | | | | Summary Chart Leonard Lerouge |
| 152 | | | | | | Summary Chart Freddie Sanchez |
| 153 | | | | | | Summary Chart Robert Smith |
| 154 | | | | | | Summary Chart Martin Martinez |
| 155 | | | | | | Summary chart Anthony Ortiz |
| 156 | | | | | | Summary Chart Felix Lopez |
| 157 | | | | | | Summary Chart David Rivera |
| 158 | | | | | | Summary Chart Jose Velarde |
| 159 | | | | | | Summary Chart Alan Yaeger |
| 160 | | | | | | Summary Chart Charles Schwab |
| 161 | | | | | | Summary Chart Charles Schwab graph unrealized & realized gains and losses |
| 162 | | | | | | Summary Chart PMMCO purported percent returns compared to gold & silver actual returns 2018 |
| 163 | | | | | | Summary Chart PMMCO purported percent returns compared to gold & silver actual returns 2019 |
| 164 | | | | | | Summary Chart PMMCO purported percent returns compared to gold & silver actual returns 2020 |
| 165 | | | | | | Summary Chart PMMCO purported percent returns compared to gold & silver actual returns 2021 |
| 166-69 | | | | | | Reserved |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 170 | | | | | | Summary chart - Precious metals valued November 9, 2021 (date of seizure) Bates 62085 - 62125 |
| 171 | | | | | | Summary Chart – Precious metals valued date of March 25, 2022 Bates 62046-62084 |
| 172 | | | | | | Summary chart – client balances 10.18.2021 |
| 173 | | | | | | Summary chart – client balances 3.31.22 – 5.31.22 |
| 174 | | | | | | Summary chart – top five account holders 3.31.22/5.31.22 |
| 175 | | | | | | Summary chart – bar graph exhibit 172 compared to exhibit 170 |
| 176 | | | | | | Summary chart – bar graph exhibit 174 compared to 171. |
| 177 | | | | | | Lash PMMCO contract and 3.31.2022 statement Bates 51874-79, 50987 |
| 178 | | | | | | reserved |
| 179 | | | | | | Robert Smith PMMCO 03.31.22 statement Bates 51047 |
| 180 | | | | | | Michael Fritschie PMMCO contract Bates 30973-77 |
| 181 | | | | | | Michael Fritchie PMMCO statement May 31, 2022 Bates 51012 |
| 182 | | | | | | Frank Lopez PMMCO contract Bates 44590-97 |
| 183 | | | | | | Frank Lopez PMMCO statements Bates 50541-50621 |
| 184 | | | | | | Felix Martinez PMMCO contract Bates 52068-71 |
| 185 | | | | | | Felix Martinez PMMCO 05.31.2022 statement Bates 50950 |
| 186 | | | | | | Jessica Madrid recording of John Lopez Bates 78646-48 |
| 187 | | | | | | Keith Lash wire transfer Bates 34821 |
| 188 | | | | | | Robert Smith wire transfer Bates 34825 |
| 189 | | | | | | Anthony Ortiz wire transfer Bates 34842 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 190 | | | | | | Michael Fritchie wire transfer<br>Bates 39612 |
| 191 | | | | | | William McCoy wire transfer<br>Bates 41616 |
| 192 | | | | | | Judy Sorrow wire transfer $100,000<br>Bates 50199 |
| 193 | | | | | | Judy Sorrow wire transfer $60,000<br>Bates 50205 |
| 194 | | | | | | Ron jay and Judy Sorry wire transfer<br>Bates 50282 |
| 195 | | | | | | Alan Yaeger Check<br>Bates 36274 |
| 196 | | | | | | Phil Apodaca Check<br>Bates 6590 |
| 197 | | | | | | Roger corrales check<br>Bates 8287 |
| 198 | | | | | | Tony Duran check<br>Bates 6601-02 |
| 199 | | | | | | Felix Lopez check $340,785.54<br>Bates 6418 |
| 200 | | | | | | Martin Martinez check<br>Bates 6395 |
| 201 | | | | | | Felix Lopez check $186,881.73<br>Bates 6386 |
| 202 | | | | | | Mark Chavez Check<br>Bates 6552 |
| 203 | | | | | | Robert Archuleta check<br>Bates 6563 |
| 204 | | | | | | Joseph Medina check<br>Bates 44339 |
| 205 | | | | | | Freddie Sanchez check<br>Bates 53430 |
| 206 | | | | | | Jay Bailey check<br>Bates 62380 |
| 207 | | | | | | John Lopez email to Alan Yaeger 1.8.2019<br>Bates 45093-95 |
| 208 | | | | | | John Lopez email to Molly Field 4.4.2019<br>Bates 34666, 34387-88 |
| 209 | | | | | | John Lopez email to Phil Apodaca 5.16.2020<br>Bates 50745 |
| 210 | | | | | | John Lopez email to Jose Velarde 1.25.2021<br>Bates 50410-12 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 211 | | | | | | John Lopez email to Rachel Field 10.21.2021<br>Bates 61755, 34345-46 |
| 212 | | | | | | John Lopez email to William McCoy 11.3.2021<br>Bates 46667-68 |
| 213 | | | | | | John Lopez email to Jay Bailey 5.5.2022<br>Bates 63149, 63232 |
| 214 | | | | | | John Lopez email to Jay Bailey 6.8.2022<br>Bates 63159, 63233 |
| 215 | | | | | | John Lopez email to James Frankfort 6.9.2022<br>Bates 50308, 50302-04 |
| 216 | | | | | | John Lopez email to Phil Apodaca 7.7.2022<br>Bates 50650-51 |
| 217 | | | | | | Check from Natalia Almeida<br>Bates 62837 |
| 218 | | | | | | Check from Jay Bailey signed over to Route 66<br>Bates 62380, 62833 |
| 219 | | | | | | Check from Freddie Sanchez signed over to Route 66<br>Bates 51357 |
| 220 | | | | | | Check from Natalia Almeida signed over to Route 66<br>Bates 62837, 74283 |
| 221 | | | | | | John Lopez email 3.17.2022 major move into precious metals Apodaca<br>Bates 44692-93 |
| 222 | | | | | | March Commentary email 3.15.2022<br>Bates 45039-41 |
| 223 | | | | | | Ron Jay and Judy Sorrow PMMCO contract<br>Bates 77996-802 |
| 223A | | | | | | Lopez email to Ron Jay 5.11.2022<br>Bates 53473-74 |
| 223B | | | | | | Lopez email to Ron Jay 6.14.2022<br>Bates 53493 |
| 224 | | | | | | Ron Jay and Judy Sorrow initial $150,000 check<br>Bates 44382 |
| 225 | | | | | | Lopez Search Warrant interview recorded<br>Bates 34092 |
| 226 | | | | | | PMMCO office front door<br>Bates 47485 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 227 | | | | | | PMMCO photograph office 1<br>Bates 47488 |
| 228 | | | | | | PMMCO photograph office 2<br>Bates 47489 |
| 229 | | | | | | PMMCO photograph office 3<br>Bates 47490 |
| 230 | | | | | | PMMCO side room 1<br>Bates 47494 |
| 231 | | | | | | PMMCO side room 2<br>Bates 47495 |
| 232 | | | | | | PMMCO side room 3<br>Bates 47496 |
| 233 | | | | | | PMMCO safe<br>Bates 47497 |
| 234 | | | | | | PMMCO silver box<br>Bates 47563 |
| 235 | | | | | | PMMCO silver box opened<br>Bates 47567 |
| 236 | | | | | | PMMCO SW client folders<br>Bates 47530 |
| 237 | | | | | | PMMCO SW client folder 2<br>Bates 47531 |
| 238 | | | | | | PMMCO SW client folders 3<br>Bates 47511 |
| 239 | | | | | | PMMCO SW gold coins<br>Bates 47540 |
| 240 | | | | | | PMMCO sw monthly statements<br>Bates 47634 |
| 241 | | | | | | PMMCO SW vault empty<br>Bates 47651 |
| 242 | | | | | | SW Lopez home exterior<br>Bates 2975 |
| 243 | | | | | | SW Lopez home small safe<br>Bates 3017 |
| 244 | | | | | | SW Lopez home small safe open<br>Bates 3129 |
| 245 | | | | | | SW liberty safe in Lopez home<br>Bates 3102 |
| 246 | | | | | | SW champion safe in Lopez home<br>Bates 3104 |
| 247 | | | | | | SW liberty safe open<br>Bates 3115 |
| 248 | | | | | | SW champion safe open<br>Bates 3113 |
| 249 | | | | | | SW photo key to champion safe<br>Bates 3105 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 250 | | | | | | SW gold coins evidence 4<br>Bates 3144 |
| 251 | | | | | | SW gold evidence 7<br>Bates 3156 |
| 252 | | | | | | SW silver box 10<br>Bates 3162 |
| 253 | | | | | | SW silver box 10 open<br>Bates 3163 |
| 254 | | | | | | SW Canadian silver box 16<br>Bates 3182 |
| 255 | | | | | | SW Canadian silver box 16 open<br>Bates 3184 |
| 256 | | | | | | SW silver and gold bars<br>Bates 3591 |
| 257 | | | | | | SW AB&C bag<br>Bates 3329 |
| 258 | | | | | | SW AB&C invoice in house<br>Bates 3617 |
| 259 | | | | | | SW liberty safe empty<br>Bates 3327 |
| 260 | | | | | | SW champion safe empty |
| 261 | | | | | | SW storage unit closed door |
| 262 | | | | | | SW storage unit open door |
| 263 | | | | | | SW storage unit open close |
| 264 | | | | | | SW storage unit w silver boxes |
| 265 | | | | | | SW storage unit evidence 1 |
| 266 | | | | | | SW storage unit evidence 1 box |
| 267 | | | | | | SW storage unit evidence 1 open |
| 268 | | | | | | SW storage unit evidence 59 |
| 269 | | | | | | SW storage unit evidence 59 open |
| 270 | | | | | | SW storage unit exit photo |
| 271 | | | | | | Gaston and Sheehan photo of bullion |
| 272 | | | | | | Gaston and Sheehan gold bar photo |
| 273 | | | | | | Gaston and Sheehan gold coin photo |
| 274 | | | | | | Gaston and Sheehan gold coins 2 |
| 275 | | | | | | 1 monster box of Silver seized (Physical evidence) |
| 276 | | | | | | 10/21 Client information document<br>Bates 4951-68 |
| 277 | | | | | | PMMCO client investment summary 2017<br>Bates 51396 -51405 |
| 278 | | | | | | John Lopez email to discount gold and silver 9.12.2018<br>Bates 43176 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 279 | | | | | | John Lopez email to discount gold and silver 3.21.2020<br>Bates 43373-74 |

*The following changes have been made to this exhibit list since the initially filed exhibit list:

Exhibit 3 – amended citation to entire recording

Exhibit 10 – bates updated

Exhibit 75 – amended to just Frankfort December 2022 PMMCO statement.

Exhibit 93 – amended to reserved

Exhibit 100 – amended to reserved

Exhibit 113 – bates omitted, delivered by email to defense

Exhibit 119 – business cert added

Exhibit 126 – bates updated

Exhibit 126A – bates updated

Exhibit 129 – bates updated

Exhibit 129A – bates updated

Exhibit 131 – bates updated

Exhibit 153 – amended to summary chart for Robert Smith

Exhibit 178 – amended to reserved

Exhibit 186—bates updated

Exhibit 222 – amended to March commentary email 3.15.2022

Exhibits 280-291 – removed.

The United States will amend this list if it identifies additional evidence that may be offered during the government's case-in-chief.

Respectfully submitted this 11th day of September, 2024.

                                        ALEXANDER M.M. UBALLEZ
                                        United States Attorney

                                        */s/ Filed Electronically*
                                        Frederick T. Mendenhall
                                        Fred Federici
                                        Assistant United States Attorneys
                                        P.O. Box 607
                                        Albuquerque, New Mexico 87103
                                        (505) 346-7274

I HEREBY CERTIFY that on September 11, 2024, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Frederick T. Mendenhall
Assistant U.S. Attorney