# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 1:22-cr-02053-MLG

JOHN LOPEZ,

    Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

This matter comes before the Court on Defendant John Lopez's Unopposed Oral Motion to Allow for Travel, raised during the August 20, 2024, pretrial conference. Doc. 100. The Court finds that the motion is well-taken and shall be granted.

The condition of release stated in Paragraph 7(p) of the Order Setting Conditions of Release, Doc. 88, is amended to allow for Mr. Lopez to travel to, and remain in, Albuquerque beginning on September 14, 20024, through the conclusion of his trial. All other conditions of release shall remain in full effect. *Id.*

It is so ordered.

                                                          MATTHEW L. GARCIA
                                                          UNITED STATES. DISTRICT JUDGE