### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

_____

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                   CR. 22-2053-MLG

JOHN LOPEZ,

     Defendant.

### NOTE FROM THE JURY

**Your Honor:**

We Have REACHED A VERDICT.

Dated at Albuquerque on   9 | 26 / 24

Time:   2:30 PM

█████████████████████

SIGNATURE OF FOREPERSON