## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 1:22-cr-02053-MLG

JOHN LOPEZ,

    Defendant.

## VERDICT

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 1 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 2 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 3 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 4 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 5 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 6 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, __Guilty__ (guilty or not guilty) of Wire Fraud, as charged in Count 7 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 8 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 9 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 10 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 11 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 12 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 13 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 14 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 15 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 16 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 17 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 18 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 19 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Mail Fraud, as charged in Count 20 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 21 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 22 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 23 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 24 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 25 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 26 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 27 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not

3

guilty) of Wire Fraud, as charged in Count 28 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Wire Fraud, as charged in Count 29 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, as charged in Count 30 of the indictment.

WE, THE JURY, find the defendant, **JOHN LOPEZ**, _Guilty_ (guilty or not guilty) of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, as charged in Count 31 of the indictment.

9/26/24

JURY FOREPERSON