ROUTE 66 PRODUCTION

Checks deposited to Route 66 Coin and Collectible bank account ending in 1632

| CHECK DATE | POST DATE | AMOUNT | FROM/REMITTER | POSS ASSOC | PAYEE/RECIPIENT | MEMO | SUBPOENA PRODUCTION | TICKET REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 5/7/2022 | 6/17/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | Emily | Sep-22 | |
| 6/1/2022 | 6/17/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | | Sep-22 | |
| 3/1/2022 | 6/17/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | For Emily | Sep-22 | |
| 3/29/2022 | 6/17/2022 | $ 137,000.00 | Jay Bailey | | Personal Money Management Co | ATTN John Lopez | Sep-22 | |
| 7/11/2022 | 7/27/2022 | $ 35,000.00 | Jay Bailey | | Personal Money Management Co | | Sep-22 | |
| 7/1/2022 | 8/10/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | | Sep-22 | |
| 8/1/2022 | 8/10/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | Emily | Sep-22 | |
| 7/12/2022 | 8/10/2022 | $ 858.00 | Patton Electric LLC | | Personal Money Management Co | APR 3, 22 - JUN 26,22 | Sep-22 | |
| July (illegible) | 8/10/2022 | $ 1,716.00 | John A. Patton | | Personal Money Management Co | APR 3, 22 - JUN 26,22 | Sep-22 | |
| 8/4/2022 | 8/10/2022 | $ 36,000.00 | Jay Bailey | | Personal Money Management Co | | Sep-22 | |
| 3/17/2022 | 8/10/2022 | $ 197,733.25 | Frederick Sanchez | Constellis | Personal Money Mgmt Co | | Sep-22 | |
| (illegible)/04/2022 | 9/12/2022 | $ 531,250.00 | Bernie M. Gallegos | Constellis | Personal Money Management | | Sep-22 | Referenced within ticket 5899 (see Sept 2022 production) |
| 9/8/2022 | 9/16/2022 | $ 100.00 | Christopher and Valerie Schirmer | | PMMCO | Allison Redden's Custodial Account | Jan-23 | Referenced within ticket 5962 (see Jan 2023 production) |
| 9/1/2022 | 9/16/2022 | $ 2,000.00 | Esequiel R. Garcia | Zia Credit Union - Los Alamos Area | Personal Money Management Co. | | Jan-23 | Referenced within ticket 5962 (see Jan 2023 production) |
| 9/1/2022 | 9/16/2022 | $ 2,000.00 | Esequiel R. Garcia | Zia Credit Union - Los Alamos Area | Personal Money Management Co. | | Jan-23 | Referenced within ticket 5962 (see Jan 2023 production) |
| 9/1/2022 | 9/16/2022 | $ 2,000.00 | Esequiel R. Garcia | Zia Credit Union - Los Alamos Area | Personal Money Management Co. | | Jan-23 | Referenced within ticket 5962 (see Jan 2023 production) |
| 9/12/2022 | 9/19/2022 | $ 54,160.11 | James Salazar | NRECA | Personal Money Management | | Sep-22 | Referenced within ticket 5962 (see Jan 2023 production) |
| (illegible)/21/2022 | 10/5/2022 | $ 302,023.07 | Johnny R. Rivera | Constellis | Personal Money Mgmt Co | | Jan-23 | Referenced within ticket 6190 (see Jan 2023 production) |
| 8/21/2022 | 10/7/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | | Jan-23 | |
| 9/20/2022 | 10/7/2022 | $ 17,723.68 | Tomas Angulo | | Personal Money Management Co | | Jan-23 | |
| 9/28/2022 | 10/7/2022 | $ 111,708.91 | Stella R. Romero | Del Norte CU - Los Alamos Area | Personal Money Management Co | | Jan-23 | |
| 9/(illegible)/2022 | 10/7/2022 | $ 190,426.72 | Dennis L Romero | Del Norte CU - Los Alamos Area | Personal Money Management | | Jan-23 | |
| 10/1/2022 | 10/24/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | Ticket #06381 | Jan-23 | Referenced within ticket 6381 (see Jan 2023 production) |
| 3/18/2022 | 10/24/2022 | $ 5,000.00 | The Kathleen San Living Trust | | John Lopez | Partial down payment Prev years | Jan-23 | Referenced within ticket 6381 (see Jan 2023 production) |
| 10/21/2022 | 10/28/2022 | $ 3,567.00 | Earl H. Dunlap Mercy E. Dunlap | | Personal Money Management Co | 100 Silver Eagle Coins Ticket #06Y02 | Jan-23 | |
| 10/12/2022 | 10/28/2022 | $ 75,000.00 | Jay Bailey | | Personal Money Management Co | | Jan-23 | |
| 11/7/2022 | 11/15/2022 | $ 35,000.00 | Jay Bailey | | Personal Money Management Co | | Jan-23 | Reference within ticket 6612 (see Jan 2023 production) |
| 11/8/2022 | 11/15/2022 | $ 194,676.04 | Andrew Chavez | NRECA | Personal Money Management Co | | Jan-23 | Reference within ticket 6612 (see Jan 2023 production) |
| 11/18/2022 | 11/28/2022 | $ 28,384.59 | Tyler Julian | Central NM Electrical Coop | Personal Money Management Co | | Jan-23 | Reference within ticket 6699 (see Jan 2023 production) |
| 11/14/2022 | 11/28/2022 | $ 340,576.47 | Steven Sorrow | Sorrow Family | Personal Money Management | | Jan-23 | Reference within ticket 6699 (see Jan 2023 production) |
| 11/14/(illegible) | 12/1/2022 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | | Jan-23 | Reference within ticket 6699 (see Jan 2023 production) |
| 11/(illegible) | 12/1/2022 | $ 70,000.00 | Steven Sorrow | Sorrow Family | Personal Money Management | | Jan-23 | Reference within ticket 6699 (see Jan 2023 production) |
| 11/14/2022 | 1/9/2023 | $ 12.00 | Christine L. Schroeder | | Route 66 C&C | | | |
| 12/1/2022 | 1/27/2023 | $ 100.00 | Gary Watkins/Shanna D. Perry | | Personal Money Management | | | |
| 1/14/2023 | 1/27/2023 | $ 100,000.00 | Frederick Sanchez | Constellis | John Lopez OBO: Frederick G Sanchez | | | |
| 3/1/2023 | 3/13/2023 | $ 35,000.00 | Ron Sorrow | Sorrow Family | Route 66 Coin and Collectibles | | | |
| 3/15/2023 | 3/16/2023 | $ 1,141.94 | Personal Money Management Co. | | Route 66 C&C | | | |
| 2/6/2023 | 3/17/2023 | $ 100.00 | Gary Watkins/Shanna D. Perry | | | | | |
| 1/2/2023 | 3/17/2023 | $ 100.00 | Gary Watkins/Shanna D. Perry | | | | | |
| 2/17/2023 | 3/17/2023 | $ 200.00 | Tomas Angulo | | | | | |
| illegible | 3/17/2023 | $ 200.00 | Tomas Angulo | | | | | |
| 2/22/2023 | 3/17/2023 | $ 13,258.06 | Natalia Almeida | State Street Bank (NRECA?) | | | | |

TOTAL    $ 2,524,815.84

**A corresponding deposit slip was not provided for these checks. Copies of referenced checks were within document "Ticket 5962.pdf". Post Date of 09/16/2022 per listed date on ticket 5962.

GOVERNMENT EXHIBIT 1