IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

$217,609.52 IN FUNDS FROM WELLS FARGO ACCOUNT ENDING 8961,

$95,731.81 IN FUNDS FROM WELLS FARGO ACCOUNT ENDING 5813,

$59,300 IN U.S. CURRENCY,

APPROXIMATELY 6.07455000 IN BITCOIN CRYPTOCURRENCY,

APPROXIMATELY 3.993 IN ETHEREUM CRYPTOCURRENCY,

6,540 $1 U.S. MINT AMERICAN EAGLE SILVER BULLION COINS,

5,743 PRE-1964 U.S. MINT 90% SILVER DIMES,

2,160 $50 U.S. MINT AMERICAN EAGLE GOLD BULLION COINS,

1,500 ROYAL CANADIAN MINT CA$5 MAPLE LEAF SILVER BULLION COINS,

500 MÜNZE ÖSTERREICH 1.5EUR WIENER PHILHARMONIKER [AUSTRIAN MINT VIENNA PHILHARMONIC] SILVER BULLION COINS,

236 U.S. MINT $50 AMERICAN BUFFALO GOLD BULLION COINS,

122 U.S. MINT $5 COMMEMORATIVE GOLD BULLION COINS,

1:22-cv-00283-LF-JFR

GOVERNMENT EXHIBIT 3

| | |
|---|---|
| 69,624 $1 U.S. MINT AMERICAN EAGLE SILVER BULLION COINS, | |
| 26,027 ROYAL CANADIAN MINT CA$5 MAPLE LEAF SILVER BULLION COINS, | |
| 12,666 PRE-1964 U.S. MINT 90% SILVER DIMES, | |
| 5,016 PRE-1964 U.S. MINT 90% SILVER QUARTERS, | |
| 198 U.S. $20 LIBERTY DOUBLE EAGLE GOLD COIN, | |
| 157 U.S. $20 LIBERTY GOLD COIN, | |
| 97 VARIOUS MINT 10 TROY OUNCE SILVER BARS, | |
| 66 $50 U.S. MINT AMERICAN EAGLE GOLD BULLION COINS, | |
| 54 $50 U.S. MINT AMERICAN EAGLE PROOF GOLD BULLION COINS, | |
| 34 ROYAL CANADIAN MINT CA$50 MAPLE LEAF GOLD BULLION COINS, | |
| 30 SUID-AFRIKA KRUGERRAND, SOUTH AFRICAN MINT 1 TROY OUNCE GOLD BULLION COINS, | |
| 27 $25 U.S. MINT AMERICAN EAGLE PROOF GOLD BULLION COINS, | |
| 12 $10 U.S. MINT FIRST SPOUSE GOLD BULLION COINS, | |
| 11 $25 U.S. MINT AMERICAN EAGLE GOLD BULLION COINS, | |
| 10 $5 U.S. MINT AMERICAN EAGLE PROOF GOLD BULLION COINS, | |

| | |
|---|---|
| 9 $10 U.S. MINT AMERICAN EAGLE PROOF GOLD BULLION COINS, | \| |
| 5 VARIOUS MINT 1 TROY OUNCE GOLD BARS, | \| |
| 5 VARIOUS MINT 100 TROY OUNCE SILVER BARS, | \| |
| 5 MÜNZE ÖSTERREICH 1.5EUR WIENER PHILHARMONIKER [AUSTRIAN MINT VIENNA PHILHARMONIC] GOLD BULLION COINS, | \| |
| 4 $10 U.S. MINT AMERICAN EAGLE GOLD BULLION COINS, | \| |
| 3 ROYAL AUSTRALIAN MINT AU$100 KANGAROO GOLD BULLION COINS, | \| |
| 3 PERTH MINT AU$100 GOLD NUGGET GOLD BULLION COINS, | \| |
| 2 SUID-AFRIKA KRUGERRAND, SOUTH AFRICAN MINT 1/2 TROY OUNCE GOLD BULLION COINS, | \| |
| 1 $50 U.S. MINT AMERICAN BUFFALO PROOF GOLD BULLION COIN, | \| |
| 1 U.S. MINT HALF DOLLAR KENNEDY PROOF GOLD BULLION COIN, | \| |
| 103,000 $1 U.S. MINT AMERICAN EAGLE SILVER BULLION COINS, | \| |
| *Defendants-in-rem.* | \| |
| JOHN PATRICK LOPEZ, | \| |
| *Claimant.* | \| |

## CLAIM

Pursuant to Supplemental Rule G(5), I, John Patrick Lopez, hereby claim and demand the return and/or release of each item identified in Paragraph 2(a.)-2(ll.) of the Civil Complaint (ECF No. 1) filed in this action (hereinafter "Defendant Property"). FED R. CIV. P., SUPP. R. 5(G).

My interest in the Defendant Property is twofold. First, I am the lawful owner of a portion of the Defendant Property, specifically a quantity of precious metals. Second, I possessed the remaining Defendant Property which I did not own—in the form of fiat monies, cryptocurrency, and precious metals—on behalf of clients who invested money through a company I owned called Personal Money Management Company. I operated Personal Money Management Company during the relevant the timeframe from 2013 to the end of 2021.

I declare under penalty of perjury that the foregoing statements are true and correct.

By: _/s/ John P. Lopez_
John Patrick Lopez

Date: 5/1/2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of May, 2022, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Stephen R. Kotz
Taylor F. Hartstein
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ Shaheen P. Torgoley