IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  22-cr-2053-MLG

JOHN LOPEZ,

    Defendant.

## ORDER GRANTING MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

THIS MATTER having come before the Court on the Defendant's Unopposed Motion for Temporary Modification of Conditions of Release (Doc. 127), and this Court being otherwise fully advised in the premises finds that the motion is well-taken and shall be granted. Therefore, it is hereby

ORDERED that Defendant's Motion for Temporary Modification of Conditions of Release is GRANTED.

IT IS FURTHER ORDERED that Mr. Lopez is permitted to travel to Albuquerque, New Mexico, between January 12, 2025 to January 15, 2025.

_____
U.S. MAGISTRATE JUDGE

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court