IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                          22-cr-2053 MLG

vs.

JOHN LOPEZ,

        Defendant.

## ORDER FOR AN INTERLOCUTORY SALE OF ASSETS

This matter comes before the Court on the United States' Unopposed Motion for an Interlocutory Sale of Assets. Doc. 129 ("Motion"). The Court, having reviewed the Motion and the record in this case and being otherwise fully advised in the premises, finds the Motion is well-taken and should be granted.

It is hereby ordered:

1. The relief requested in the unopposed Motion for an Interlocutory Sale of Assets, Doc. 129 ("Motion"), is granted. Paragraph 5 of the Motion is incorporated herein and is so ordered.

2. The property described as follows will be sold pursuant to the terms set forth in paragraph 5 of the Motion:

    a. approximately 2151 mint 10 troy ounce silver bars

    b. approximately 6,540 $1 U.S. Mint American Eagle Silver Bullion Coins

    c. approximately 5,743 Pre-1964 U.S. Mint 90% Silver Dimes

    d. approximately 2,160 $50 U.S. Mint American Eagle Gold Bullion Coins

    J. approximately 1,500 Royal Canadian Mint CA$5 Maple Leaf Silver Bullion Coins

k. approximately 500 Mtinze Osterreich 1.5EUR Wiener Philharmoniker [Austrian Mint Vienna Philharmonic] Silver Bullion Coins

l. approximately 236 U.S. Mint $50 American Buffalo Gold Bullion Coins

m. approximately 122 U.S. Mint $5 Commemorative Gold Bullion Coins

n. approximately 69,444 $1 U.S. Mint American Eagle Silver Bullion Coins

o. approximately 17,527 Royal Canadian Mint CA$5 Maple Leaf Silver Bullion Coins

p. approximately 12,666 Pre-1964 U.S. Mint 90% Silver Dimes

q. approximately 5,016 Pre-1964 U.S. Mint Silver Quarters

r. approximately 198 U.S. $20 Liberty Double Eagle Gold Coins

s. approximately 157 U.S. $20 Liberty Gold Coins

t. approximately 49 Various Mint IO Troy Ounce Silver Bars

u. approximately 66 $50 U.S. Mint American Eagle Gold Bullion Coins

v. approximately 54 $50 U.S. Mint American Eagle Proof Gold Bullion Coins

w. approximately 34 Royal Canadian Mint CA$50 Maple Leaf Gold Bullion Coins

x. approximately 30 Suid-Afrika Krugerrand, South African Mint 1 Troy Ounce Gold Bullion Coins

y. approximately 27 $25 U.S. Mint American Eagle Proof Gold Bullion Coins

z. approximately 12 $10 U.S. Mint First Spouse Gold Bullion Coins

aa. approximately 11 $25 U.S. Mint American Eagle Gold Bullion Coins

bb. approximately 10 $5 U.S. Mint American Eagle Proof Gold Bullion Goins,

 cc. approximately 9 $10 U.S. Mint American Eagle Proof Gold Bullion Coins

 dd. approximately 5 Various Mint 1 Troy Ounce Gold Bars

 ee. approximately 5 Various Mint 100 Troy Ounce Silver Bars

 ff. approximately 5 Milnze Osterreich 100EUR Wiener Philharrnoniker [Austrian Mint Vienna Philharmonic] Gold Bullion Coins

 gg. approximately 4 $10 U.S. Mint American Eagle Gold Bullion Coins

 hh. approximately 3 Royal Australian Mint AU$100 Kangaroo Gold Bullion Coins

 ii. approximately 2 Perth Mint AU$100 Gold Nugget Gold Bullion Coins

 jj. approximately 2 Suid-Afrika Krugerrand, South African Mint ½ Troy Ounce Gold Bullion Coins

 kk. approximately 1 $50 U.S. Mint American Buffalo Proof Gold Bullion Coin

 ll. approximately 1 U.S. Mint Half Dollar Kennedy Proof Gold Bullion Coin

 mm. approximately 103,000 $1 U.S. Mint American Eagle Silver Bullion Coins.

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE


SUBMITTED BY:

*Electronically submitted on January 2, 2025*
Frederick Mendenhall
Stephen R. Kotz
Assistant United States Attorneys


*Approved via email on January 2, 2025*
Joel Meyers
Attorney for the Defendant