IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 22-cr-2053 MLG |
| ) | |
| **JOHN LOPEZ,** ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES MOTION FOR A STATUS CONFERENCE**

The United States respectfully moves this Court for a status conference to gauge when sentencing will be set in this matter. As grounds the United States submits:

1. On September 26, 2024, a federal jury convicted the defendant John Lopez on dozens of fraud-related charges related to a long-running investment scheme to defraud.

2. After trial, the Court indicated that it wanted to hold sentencing swiftly given, among other reasons, that millions of dollars in victim retirement accounts were tied up in forfeiture and could not be distributed in restitution until a sentencing hearing was held.

3. Approximately six months have passed since trial.

4. A presentence report has not yet been issued.

5. Since trial, victims have been frequently contacting the United States requesting a status update on the case. Understandably, many are seeking information about their retirement funds now that Lopez has been found guilty.

6. Several victims have reported financial hardships because they still cannot access the money tied to their investment with Lopez.

7.  Victims have a statutory right to "proceedings free from unreasonable delay." 18 U.S.C. § 3771(a)(6).

8.  The United States also remains concerned about the disposition of the approximately four million dollars that was part of the defendant's fraud scheme after the execution of the last search warrant. The whereabouts of these funds remain unknown to the United States.

9.  Given the time since trial, and the hardship several of the victims have endured, the United States respectfully requests a status conference in this matter. It seeks a firmer sense of the sentencing timeline so it can best inform those affected by John Lopez's scheme to defraud.

10. Counsel for Lopez has been contacted and they take no position on the Motion.

For the foregoing reasons, the United States respectfully requests a status conference. The United States respectfully requests that a representative from probation be present at the status conference.

Respectfully submitted,

HOLLAND S. KASTRIN
Acting United States Attorney

*Electronically filed on March 24, 2025*
FREDERICK MENDENHALL
FRED FEDERICI
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I hereby certify that on March 24, 2025, I filed the foregoing electronically through the CM/ECF System, which caused counsel for the Defendant to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/*
FREDERICK MENDENHALL
Assistant United States Attorney