# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

## Status Conference

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CR No: | 22-2053 MLG | USA v. | John Lopez | | | | |
| Date: | 3/27/25 | Time In: | 1:31 | Time Out: | 2:00 | Total Time: | 29 minutes |
| Clerk: | E. Romero | Court Recording: | Liberty | | | Courtroom: | Cimarron |
| USPO: | N. Stern | | | Interpreter: | n/a | | |
| AUSA: | Frederick Mendenhall, Fred Federici, III, and Stephen Kotz | | | Defense Counsel: | Ahmad Assed | | |

### PROCEEDINGS

1:31 Court in session; parties state appearances.

Mr. Mendenhall addresses Court re: preparation of Presentence Report.

Court will set hearing as soon as the PSR is received.

Mr. Mendenhall addresses Court re: preliminary order of forfeiture needs to be entered – money judgment.

Mr. Mendenhall addresses Court re: financial accounting. Requests permission to view financial document.

Officer Stern states PSR disclosure can be done next week.

Mr. Assed responds and requests hearing be set on motion for money judgment.

Mr. Assed not prepared to respond to Mr. Mendenhall's request for permission to view financial documents.

Mr. Assed answers Court's questions.

Mr. Mendenhall responds and does not recall reason for sealing.

Mr. Kotz addresses the Court re: preliminary forfeiture.

Court proposes April 8th or April 14th.

Mr. Mendenhall – April 8th will work.

Mr. Assed – will make April 8th work.

Court correction: April 7th at 1:30.

Parties are available.

Mr. Mendenhall will provide court with oral ruling re: financial disclosure.

Court addresses parties.

Mr. Assed responds.

Mr. Mendenhall requests date for sentencing.

Court will set sentencing date and briefing schedule at the hearing on April 7, 2025.

Mr. Mendenhall responds.

Mr. Assed responds.

2:00 Court is adjourned.