# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 25-04163MJ-001-PCT-CDB |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| John Lopez, | |
| Defendant. | |

On May 7, 2025, Defendant John Lopez appeared before this Court on a bench warrant out of the District of New Mexico relating to violation of conditions of release. A contesting hearing was held. The Court considered the information provided to the Court by way of the parties' papers, as well as proffer in open court, in determining whether the Defendant should be released on conditions set by the Court.

Pursuant to 18 U.S.C. § 3143(a)(1), the Court is required to detain Defendant unless the Court finds by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). After carefully considering the record before it, including the documentation submitted by the parties, and including the District Judge's reasoning for releasing Defendant after the jury rendered its verdict (i.e., based on Defendant's lack of violations of release conditions) and Defendant's instant, alleged violation, the Court finds Defendant must be detained under 18 U.S.C. § 3143(a)(1). The Court does not find by clear and convincing evidence that Defendant is not likely to flee.

**IT IS THEREFORE ORDERED** that the Defendant be detained pending further proceedings. Defendant is remanded to Marshals custody for transfer to the charging district (District of New Mexico) where he will answer to the release revocation petition and ultimately be sentenced by the District Court.

Dated this 8th day of May, 2025.

_____
Honorable Alison S. Bachus
United States Magistrate Judge